[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Stephon Harris

_____,

Plaintiff(s),

vs.

Winnebago County
Sheriff, et al.

Defendant(s).

Case No. 19-50168

RECEIVED
JUL 2 2 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Stephan Marcel Harris

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

See attached

1

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

4. Defendant, **Dan O'Shea, Chief of Police**, is
   (name, badge number if known)

   ☐ an officer or official employed by **Rockford Police Dept**;
   (department or agency of government)

   or

   ☐ an individual not employed by a governmental entity. *(fill out one for each having defendant)*

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official acted is **Rockford**. As to plaintiff's federal constitutional claims, the municipality, township or county is a defendant only if custom or policy allegations are made at paragraph 7 below.

6. On or about _____, at approximately _____ ☐ a.m. ☐ p.m. *fill in*
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _____, in the County of _____,
   State of Illinois, at _____,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*: *fill in as appropriate*

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☐ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☐ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other:
   _____

With regards to the police chief and the sheriff the allegation is that they ratified the violations of the other actors

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): to use excessive force or deny necessary medical care with deliberate indifference.

8. Plaintiff was charged with one or more crimes, specifically: Agg DUI, Aggravated battery on a peace officer, Resisting a correctional officer, Assault on a State Employee, Domestic Battery Bodily Harm, Driving on Susp- a Revoked Lic.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

   [X] are still pending.

   [ ] were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

   [ ] Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

   [ ] Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

See attached

11. Defendant acted knowingly, intentionally, willfully and maliciously, wilfully and wantonly

12. As a result of defendant's conduct, plaintiff was injured as follows:

① Violation of his due process rights to be free of excessive force and of deliberate indifference ② Broken tooth, ③ concussion, ④ contusions ⑤ pain from beatings ⑥ severe emotional distress from mistreatment

13. Plaintiff asks that the case be tried by a jury. ☒ Yes ☐ No

4

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

*Violation of contract*

WHEREFORE, plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. (☒) *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: _____

Plaintiff's name *(print clearly or type)*: _____

Plaintiff's mailing address: _____

City_____ State_____ ZIP_____

Plaintiff's telephone number: (___) _____

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☐ Yes ☒ No

*If yes, please list the cases below.*

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

HARRIS CIVIL RIGHTS COMPLAINT FACTS

STEPHON HARRIS

v.

ROCKFORD POLICE DEPARTMENT,
POLICE CHIEF DAN O'SHEA,
OFFICERS MATTHEW BRANDON, SERGEANT NORDBERG


WINNEBAGO COUNTY SHERIFF'S DEPARTMENT,
SHERIFF GARY CARUANA,
DEPUTY GABE EITEN,
CORRECTIONAL OFFICERS LEONARD GAZIONO, GILBERT WROBLE,
JEFFREY HALL, STEPHEN SCHUMAKER, JORDAN HAYES, MARY KOSINKI,
MICHAEL MARCHINI, SERGEANT CHAD BOUNDS, ANDREW MUTO, JOSHUA
LISTON

PAUL FOTI, LANDLORD,

July 23, 2019. 6423 N. Meridian Rd., Rockford, IL 61101

Stephon Harris arrested by Winnebago County Sheriff's Deputies at 6423 N. Meridian Rd., Rockford, IL 61101. He was taken to Rockford Memorial Hospital and forcibly blood-tested He was then taken to jail. While being booked, Officers Leonard Graziano and Jeffrey Hall grabbed Mr. Harris from behind, threw on ground, causing a concussion, and beat him while holding his head on the ground with knee. They then dragged him to the jail dressed room, beat him on way and in dressing room. He was handcuffed in dressing room. They forcibly ripped off Mr. Harris' clothes and dressed him in yellow seg clothes rather than allowing him to dress and undress himself. He asked for medical help, but was denied. Mr. Harris bonded out in the evening of evening July 25, went to Rockford Memorial Hospital, diagnosed with concussion, contusion.

July 27, 9:07 PM,

Rockford Police Department officers entered Mr. Harris' house at 3715 Packard Court, Rockford IL, after the landlord Paul Foti opened it in violation of the lease. He was arrested and cuffed. The officers took Mr. Harris to squad car and told him to get in. He tried to comply, and bent down to get into car. Officer Brandon Mather rammed Mr. Harris in stomach with his shoulder when Mr. Harris bent over to get in. Mather put his arms around Mr. Harris' upper body, pulled him forwards and down, tackling Mr. Harris, and forced him to ground, face down, scraping his face and contusing his elbow. Mather used his hand to push Mr. Harris' shoulder into ground. Mr. Harris said, "I'm not resisting, I'll get in the car, that's what I was trying to do." Officer Brandon and Sgt. Nordberg pulled him up and forced him into car. The side of Mr. Harris' face was scraped and bruised and his right elbow was bleeding. In squad car, Mr. Harris asked to be taken to hospital, and Mather refused. He drove a block around the corner, and put

Mr. Harris in a Rockford Police Department van, which eventually took him to jail. Throughout this period, Mr. Harris was suffering stomach pains from Crohn's.

July 27- 28, 2017

Officer Brandon and Sgt. Nordberg took Mr. Harris out of the van and walked him inside the Winnebago County Jail, handcuffed. Sheriff's Deputies and Correctional Officers interrogated Mr. Harris and yelled at him abusively. They put him in a holding cell (no. 3), which had a steel door with a glass chuckhole. After a while, Officers Schumaker, Hall, Muto, Liston, and Sgt. Bounds approached his cell, yelled through chuckhole for him to get down on knees and turn around, so they could cuff him to be moved. He complied. They entered the cell around midnight.

Mr. Harris was kneeling, face to a narrow bench and the cell wall. Deputies Schumaker and Hall entered to cuff Mr. Harris, face against wall. They threw him into the wall hard. Schumaker hit him twice with closed fist in the stomach and mouth. The officers then slammed Mr. Harris down on his face on the floor hard enough to break his tooth. He was face down sideways, face to the side wall. Officers continued to punch him on the ribs, neck and back while he was being cuffed and after for several minutes. The officers pinned Mr. Harris to the ground with their knees on his legs, arms, neck and back while they were beating him. This beating and rough handling and broken tooth caused him excruciating pain. Mr. Harris begged for medical help for the injuries, denied. Mr. Harris continued to suffer stomach pains from Crohn's.

Officers then pulled Mr. Harris up and dragged him to a male dressing room, then forced onto ground while he was handcuffed. They stripped him and cut off his t-shirt and underwear with scissors while Schumaker held down his body and head. Officers grabbed at his testicles. Officers forced him into the pants of a yellow seg jail uniform, with no underwear and no shirt, then Schumaker and Liston pulled him upright.

The officers took him down hall to elevator to bring him to seg on floor 2C, while they punched him in face and ribs and repeatedly hit his head on the walls of the hall. They continued to beat in elevator and down halls to cell seg cell 16. He asked to go to hospital, and said he was in excruciating pain, His Crohn's was acting up, and he was in agony from the beatings and broken tooth. The officers had Mr. Harris checked by nurses, who used flashlight to look at mouth. The nurses said he should be taken to the hospital, but the officers refused to have him taken, saying Mr. Harris would be "fine." He was held in seg till Aug. 31, 2019, then released.

2